UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-10347-MLW |
| v. ) | |
| ) | |
| LUIS HUERTAS ) | |
| ) | |

### JOINT INITIAL STATUS REPORT

The United States of America and the defendant, Luis Huertas, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the drugs at issue. The defendant does not presently request expert discovery, but reserve its right to seek such discovery pending disclosure of trial witnesses by the government.

3. **Additional Discovery**

All Rule 16 and automatic discovery materials have been provided or made available to defendant's counsel.

4. **Motion Date**

The parties jointly request that all motions be filed on or before February 23, 2004, and any responses be served by March 3,

2004, and are requesting that the time between the Initial Status Conference and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 12/04/03-12/04/03 | Arraignment and Gov't.'s motion for detention |
| 12/04/03-1/04/03 | Excludable delay pursuant to L.R. 112.2(A)(2) and 18 U.S.C. § 3161(h)(1)(F) |
| 1/22/04-date of final status | Excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 8(b) |

As of the Final Status Conference, 20 days will have been counted and 50 days will remain under the Speedy Trial Act.

6. **Anticipated Trial**

The parties believe that it is too early to tell whether a trial will be needed in this matter. If a trial is need, the government anticipates that it will last two days.

7. **Status Conference**

The parties request that a Final Status Conference be scheduled for March 8, 2004, or as soon thereafter as is convenient for the Court.

2

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *(signature)*

PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
617-748-3355


COUNSEL FOR LUIS HUERTAS

*(signature)*

Catherine K. Byrne, Esq.
Office of Federal Defender
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110


DATED: January 22, 2004