UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 03-10347-MLW |
| v. | ) |
| | ) |
| LUIS HUERTAS | ) |
| | ) |

**INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
Notice of Prior Conviction)

The United States Attorney Charges that:

1.   On or about August 20, 2001, LUIS A. HUERTAS was convicted in the U.S. District Court in Burlington, Vermont of Distribution of a Class A Substance in violation of of the Controlled Substance Act.

2.   LUIS A. HUERTAS, has been named as a defendant in an Indictment numbered 03-10347-MLW.

3.   By way of this information, the government notifies LUIS A. HUERTAS, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

1

All in keeping with Title 21, United States Code, Section 851(a)(1).

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

      By: */s/ Peter K. Levitt*
           PETER K. LEVITT
           Assistant U.S. Attorney

Dated: March 18, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by facsimile and to counsel for LUIS A. HUERTAS.

_____
PETER K. LEVITT
Assistant U.S. Attorney