UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10347-MLW

UNITED STATES OF AMERICA

v.

LUIS HUERTAS

FINAL STATUS REPORT

March 26, 2004

COHEN, M.J.

A Final Status Conference was held on March 26, 2004, and this court reports as follows:

1. All discovery is complete, and no motions are pending;

2. There will be no trial in this case. The defendant will offer a plea of guilty;

3. As of the date of this Final Status Report, all parties agree[1] that only twenty (20) days have elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned to schedule a Rule 11 hearing.

*[signature]*

---

[1] A Joint Final Status Memorandum was not filed, but all counsel agreed that only 14 days had elapsed at the Final Status Conference.

UNITED STATES MAGISTRATE JUDGE