UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| v. | **NO. 03-10347-MLW** |
| **LUIS HUERTAS** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on <u>April 13, 2004</u> at 4:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

TONY ANASTAS
CLERK OF COURT

<u>April 6, 2004</u>             By:   <u>/s/ Dennis O'Leary</u>
     Date                             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                       [kntchrgcnf.]