```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )   CR No. 03-10347-MLW
                              )
LUIS HUERTAS                  )
                              )
                              )
```

<u>ORDER</u>

WOLF, D.J.                                              April 13, 2004

For the reasons stated in court, it is hereby ORDERED that:

1. By joint motion of the parties, the time from April 13, 2004 through May 6, 2004 is excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161 <u>et</u> <u>seq</u>., because in the present circumstances the ends of justice served by allowing defendant additional time to confer with his attorney and the prosecutor regarding a possible plea outweigh the best interest of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

2. The parties shall, by May 3, 2004, report as to whether there is a signed plea agreement.

3. A hearing will take place on May 6, 2004 at 4:00 p.m., at which the court will hear a change of plea or set a date for trial.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```