UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10347

| United States of America | Luis Huertas |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Levitt | Kathy Byrne |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                REPORTER  Twomey

CLERK'S NOTES

| DATES: | Pre-trial Conference Held |
|---|---|
| 04/13/04 | Parties to submit a status report by 5/3/2004.  Court excludes all time between today and 5/6/2004. |
|  | Further conference/rule 11 hearing on 5/6/04 at 4:00 PM.   Court to issue an order. |