

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Telephone: (617) 748-3355
Telecopier: (617) 748-3969

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

May 3, 2004

BY HAND

Dennis O'Leary
Courtroom Clerk to the
 Honorable Mark L. Wolf
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA   02210

   Re:   United States v. Luis Huertas, 03-cr-10347-MLW

Dear Mr. O'Leary:

   Pursuant to the Court's Order, the government hereby reports, on behalf of both parties, on the status of the above case. The defendant, through counsel, has advised the government that he intends to change his plea to guilty, pursuant to a Plea Agreement with the government, at the Rule 11 hearing scheduled for May 6, 2004. Counsel for the defendant, Catherine Byrne, has advised the undersigned that the defendant will sign the Plea Agreement prior to the hearing on May 6, 2004.

   Please bring this letter to the attention of the Court. Thank you for your assistance in this matter.

                                  Very truly yours,

                                  Peter K. Levitt
                                  Assistant U.S. Attorney

cc:   Catherine Byrne, Esq. (by fax)