UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10347

| United States of America | Luis Huertas |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Levitt | Kathy Byrne |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf         CLERK  O'Leary            REPORTER  Twomey

CLERK'S NOTES

| DATES: | Change of Plea Held |
|---|---|
| 05/06/04 | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government summarizes the evidence had the case gone to trial. |
| | Defendant pleads guilty to two counts of the indictment. |
| | Court accepts the defendants plea of guilty and orders the clerk to enter the same. |
| | Sentencing set for 8/10/2004 at 3:00 PM.  Sentencing procedural order to issue. |
| | Court continues the defendant's custody and remands the defendant to the USMs |