UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**LUIS HUERTAS** )<br>  **Defendant.** ) | CRIMINAL NO. 03-10347-MLW |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to continue, to the another date convenient for the Court, the sentencing of this matter currently scheduled for November 14, 2005. As grounds for this motion, the undersigned states that this matter was recently scheduled for sentencing on November 14, 2005. The undersigned had a commitment at Boston University School of Law previously scheduled for that day. The government therefore respectfully requests that the Court continue the sentencing to a different date convenient for the Court. The defendant, through counsel, assents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

BY: _____
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA

```
                                 617-748-3355
DATED: November 9, 2005
```