UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 03-10347-MLW |
| ) | |
| LUIS HUERTAS   ) | |

DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM LATE

Defendant, Luis Huertas, respectfully moves, that he be permitted to file his sentencing memorandum late. He will file under seal today, November 15. As reason therefore, his counsel was preparing for trial, then on trial in the case of <u>United States v. David Seymour</u>, Criminal No. 03-10296-JLT through November 7, 2005. Counsel was then the Federal Defender duty attorney, responsible for covering new cases in the district court, on November 8, 2005. Counsel was unable to complete the memorandum until today.

/s/Catherine K. Byrne
Catherine K. Byrne

B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that a true copy of the above document was served upon U.S. Probation Officer Sean Buckley by delivery on November 15, 2005.

/s/ Catherine K. Byrne
Catherine K. Byrne

                                                                         Catherine K. Byrne