UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
1:03-10347 MLW

UNITED STATES OF AMERICA

v.

LUIS HUERTAS

ORDER OF VOLUNTARY DETENTION

April 29, 2008

SOROKIN, M.J.

The defendant represented by counsel, elected to voluntarily consent to detention without prejudice. Accordingly, IT IS ORDERED that the defendant be DETAINED; and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

   /s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE