AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>LUIS HUERTAS | **WARRANT FOR ARREST**<br><br>Case Number: 03-10347-MLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LUIS HUERTAS
                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release       ☐ Probation            x  Supervised Release    ☐ Violation Notice
   Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)
See attached petition

in violation of Title _____ United States Code, Section(s) _____

| Dennis O'Leary | /s/ Dennis O'Leary |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | April 17, 2008 - Boston, MA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

355 Washington St. Haverhill, MA

| DATE RECEIVED<br>4/22/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Kevin Neal, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4/23/08 | | |