UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10347

| United States | Luis Huertas |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Levitt | Catherine Byrne |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Final Revocation Hearing |
|---|---|
| 5/19/08 | Defendant admits to the violations.  Court conducts revocation colloquy with the defendant.  Court finds that each of the violations is established.  Court orders probation/Mr. Bocon to file a report by May 28, 2008 regarding the contracts it house with in-house drug treatment facilities.  Government recommends a period of custody followed by a further term of supervised release.  Defendant recommends a sentence of 30 days custody followed by a further term of supervised release with a condition that the defendant be required to be placed in an in-patient treatment.  Court recommends suspending the hearing until we know for sure whether the defendant can be placed in an in-patient treatment program.  If there is no such program the court orders Mr. Bocon and Ms. Hoskins to be present at the next hearing on June 2, 2008 at 3:30 pm. |