```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 03-10347-MLW |
| v. | ) | |
| | ) | |
| LUIS HUERTAS | ) | |
| Defendant. | ) | |

<u>GOVERNMENT'S SENTENCING RECOMMENDATION</u>
<u>REGARDING SUPERVISED RELEASE VIOLATION</u>

Pursuant to the Court's Order of May 19, 2008, the government submits this memorandum regarding the sentencing of the defendant in connection with his admitted violation of supervised release.  As described below, the government and the defendant agree on several aspects of a proposed sentence and disagree on one aspect.

The government and the defendant agree on the following sentencing elements.

1.   That the Court revoke the defendant's supervised release and sentence him to time served (approximately 41 days) to be followed by five years of supervised release.

2.   That the defendant enter and successfully complete an inpatient drug treatment program at Gosnold Treatment Center in Falmouth, MA.

3.   That, following completion of inpatient treatment, the defendant is to participate in an outpatient drug treatment program at the direction of the United States Probation Department.

In addition, the government requests that, upon completion of the Gosnold inpatient program, the defendant be sentenced to serve six months at a community corrections center (e.g., the Lawrence Farm or Coolidge House) where he can engage in outpatient drug treatment and staff will assist him in securing employment.  The government understands that the defendant is requesting three months at a community corrections center rather than six months.

    Respectfully submitted,

    MICHAEL J. SULLIVAN

    United States Attorney

By:    /s PETER K. LEVITT
    PETER K. LEVITT
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA
    617-748-3355

May 29, 2008