# ADDENDUM A



**TEAM COORDINATING AGENCY, INC.**

*Addiction*
*Mental Health*
*Child Welfare Services*

**ADMINISTRATIVE OFFICES**
76 Winter Street
Haverhill, MA 01830
Tel. 978-372-7118
Fax 978-372-7185

**AMBULATORY SERVICES**
66-76 Winter Street
Haverhill, MA 01830
Tel. 978-373-1181
Fax 978-374-7605
* Driver Alcohol Education
* HIV Prevention & Education
* Outpatient Counseling
* Family Support and Stabilization
* Structured Outpatient Addiction Program

**FORENSIC SERVICES**
Adult Court Clinic
Haverhill District Court
Ginty Boulevard
Haverhill, MA 01830
Tel. 978-373-4151 x123
Fax 978-374-0310

**RESIDENTIAL SERVICES**
Tel. 978-373-1181 x29
Fax 978-374-2057

Crossroads
31 South Kimball Street
Bradford, MA 01835
Tel. 978-372-2181
Fax 978-374-1209

Milestone
82 High Street
Wilmington, MA 01887
Tel. 978-694-9997
Fax 978-694-9147

Pathways
4 South Kimball Street
Bradford, MA 01835
Tel. 978-521-6868
Fax 978-521-1965

Phoenix East
20 Newcomb Street
Haverhill, MA 01830
Tel. 978-372-7092
Fax 978-469-8019

May 15, 2008

Catherine Byrne
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA 02110

Re: Luis Huertas
DOB: 5/1/78

To Whom It May Concern,

Mr. Huertas initiated his treatment at Team Coordinating Agency, Inc. (TCA) on June 13, 2007 by completing a diagnostic psychosocial evaluation and continued individual therapy weekly. Mr. Huertas began attending the Structured Outpatient Addiction Program, (SOAP) at TCA on October 30, 2007 and continued to attend individual therapy weekly. The SOAP program is a full-time intensive outpatient program, which provides early recovery substance abuse group treatment Monday through Friday from 9am to 4pm. On January 18, 2008, Luis successfully completed SOAP and chose to continue with individual therapy.

While in SOAP, Mr. Huertas demonstrated his leadership qualities by facilitating and coordinating an in-house Alcoholics Anonymous group twice a week. Mr. Huertas participated in groups such as early recovery, relapse prevention, coping skills and anger management.

Mr. Huertas sporadically attended appointments during the first couple of months following his graduation from the SOAP but continued to be in contact with this worker when he could not keep his appointments. Mr. Huertas relapsed during this time which resulted in his participation in the methadone detox program. During the month of April Mr. Huertas was able to show he was making positive decisions. Mr. Huertas attended weekly individual therapy and was on time for his sessions. Mr. Huertas continued to attend the methadone clinic and signed appropriate releases to keep this worker informed of his attendance and treatment. Mr. Huertas was able to improve his relationship with his family and reported being more involved with his children and wife. Mr. Huertas was committed to his treatment, as evidenced by his use of coping skills and the positive changes he was trying to make in his life. The coping skills he was working on included

avoiding his previous social network and developing a positive support system. Mr. Huertas continued to attend AA meetings to assist in his recovery process. Mr. Huertas was also motivated to gain further treatment for his addiction by seeking the detox program in addition to his individual therapy at TCA.

In individual therapy and SOAP, Mr. Huertas has demonstrated a strong desire to avoid negative social networks, which have previously supported his criminal behavior. Criminal thinking errors included justifying selling drugs for profit. He sought gainful employment as a legitimate source of income. Both the criminal behavior and exposure to drugs were triggers for his substance use. He has developed significant insight into the negative consequences of his past substance use and the effects of his criminal behavior as evidenced by his ability to recognize the correlation between his social network and the potential loss of freedom. Mr. Huertas was gaining insight into his childhood trauma and identified feelings of loss and rejection which allowed him to gravitate toward a lifestyle of unhealthy criminal behaviors.

Please feel free to call if I can be of further assistance.

Respectfully Submitted,

Aimee Fox, MSW
Outpatient Clinician
(978) 373-1181 x19