UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10347

| United States | Luis Huertas |
|---|---|
| PLAINTIFF | DEFENDANT |
| Christopher Pohl | Catherine Byrne |
| USPO Tom Mullen | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE     Wolf          CLERK   O'Leary          REPORTER Patrisso

CLERK'S NOTES

| DATES: | Revocation Hearing |
|---|---|
| 6/23/08 | Court goes over the current status of the case with the parties. Parties make their recommendations to the court and differ on the amount of time in community confinement. Defendant recommends 60 days community confinement after the in patient treatment. Government requests 6 months community confinement. Defendant addresses the court. Defense counsel informs the court that the bed at gosnold is not available until Wednesday. Court revokes the defendant's supervised release and sentences the defendant to time served plus one day. Followed by 5 years supervised release on standard conditions plus successfully complete in patient treatment at Gosnold, follwed by 4 months community confinement, DNA, no firearm. Court advises defendant of his right to appeal and to counsel. |