```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                      ) | CR. NO. 03-10347-MLW |
| ) | |
| LUIS HUERTAS              ) | |

ORDER                                                June 23, 2008

For the reasons stated in court on June 23, 2008, it is hereby ORDERED that:

1. Luis Huertas's term of Supervised Release is REVOKED.

2. Huertas is sentenced to Time Served plus one day, to be followed by a term of 5 years Supervised Release on the Standard Conditions and the following Special Conditions:

   a. Huertas shall successfully complete the inpatient drug treatment program at Gosnold Treatment Center.

   b. Following his successful completion of the inpatient treatment program at Gosnold, Huertas shall serve 4 months in a Community Confinement Center as directed by the Probation Office.

   c. Huertas shall participate in a program for substance abuse as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether he has reverted to the use of alcohol or drugs.

   d. Huertas shall participate in a mental health program as directed by the Probation Office.

   e. Huertas shall contribute to the costs of services for the substance abuse and mental health treatment based on his

ability to pay or the availability of third party payment.

   f. Huertas shall cooperate in the collection of a DNA sample as directed by the Probation Office.

              /s/ Mark L. Wolf
              UNITED STATES DISTRICT JUDGE